```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44010
  BOBBY D SIMS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-8484


------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/08/05 and confirmed on 07/15/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14298.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 634.54 | .00 | 634.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3942.03 | .00 | 3942.03 |
| CAPITAL ONE BANK | UNSECURED | 626.75 | .00 | 626.75 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 543.96 | .00 | 543.96 |
| B LINE LLC | UNSECURED | 1006.74 | .00 | 1006.74 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 970.58 | .00 | 970.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5882.42 | .00 | 5882.42 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 634.54 | 12972.48 | .00 | 13607.02 |
| PRINCIPAL PAID | .00 | 634.54 | 12972.48 | .00 | 13607.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 634.54 | 12972.48 | .00 | 13607.02 |

```
The Debtor's attorney, RICHARD L HIRSH             , was allowed $      .00
and was paid $       .00 .

The Trustee received $     688.29 .

Refunds to the Debtor totaled $     2.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
     CASE NO. 04 B 44010 BOBBY D SIMS
```